PACIFICA LAW GROUP LLP
1191 Second Ave, Ste 2000
Seattle, WA  98101-3404
Phone: (206) 245.1700
Fax: (206) 245.1750

OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Phone:  (509) 625-6818
Fax:  (509) 625-6277

Honorable Thomas O. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID HAM, CYNTHIA HAM-SANCHEZ and their martial community, and MICHAEL HAM,<br><br>                              Plaintiffs,<br><br>    v.<br><br>CITY OF SPOKANE,<br><br>                              Defendant. | No. 2:19-cv-00236-TOR<br><br>DEFENDANT CITY OF SPOKANE'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES |

Defendant City of Spokane (the "City") answers the Complaint of Plaintiffs David Ham, Cynthia Ham-Sanchez, and Michael Ham (collectively "Plaintiffs") as follows:

## I.    INTRODUCTION

The allegations in this paragraph constitute mostly introductory material and legal argument and conclusions to which no response is required.  To the

AMENDED ANSWER - 1
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

extent a response is required, the City admits that a tent encampment existed in front of Spokane City Hall during November and December 2018, and that at least some members of the encampment intentionally did so as a self-designated protest.  The City further admits that it conducted a clean-up of the tent encampment on December 9, 2018, after it provided the unhoused individuals in the encampment with written notice, an opportunity to speak with the City to request assistance and additional time to move, and an opportunity to move any possessions on the day of the clean-up.  Regarding the allegations about Plaintiffs, the City lacks sufficient knowledge or information to form a belief about the truth of those allegations and therefore denies the same.  The City denies the remaining allegations in the introduction.

## II.    PARTIES

1.    The City lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 1 and therefore denies the same.

2.    The City lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 2 and therefore denies the same.

3.    The City lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 3 and therefore denies the same.

4.    The City admits that it is a municipal corporation organized under the laws of the State of Washington.  As such, it has a duty to defend and

AMENDED ANSWER - 2
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

indemnify its officials and employees for actions performed within the scope of their duties. All remaining allegations in paragraph 4 are denied.

### III.  JURISDICTION AND VENUE

5.  The City admits that this Court has subject matter jurisdiction, but denies that any relief is proper or should be granted.

6.  The City admits the allegations in paragraph 6.

### IV.  OPERATIVE FACTS

7.  The City admits that House of Charity is located in Spokane, WA and provides shelter and other services for unhoused persons pursuant to a contract with the City. The City further admits that House of Charity began offering 24/7 shelter services in 2016, that it temporarily ceased 24/7 services in mid-2017, and that it then resumed 24/7 services until September of 2018, after which it offered daytime and nighttime services but not 24/7 services.

8.  The City admits that it made a joint decision with House of Charity in 2018 to cease 24/7 services, but to maintain certain other daytime and nighttime shelter services at the site. The City denies the remaining allegations in paragraph 8.

9.  The City admits that the cessation of 24/7 services at House of Charity resulted in a temporary reduction of overnight shelter space, and otherwise denies the allegations in paragraph 9.

AMENDED ANSWER - 3
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1   10.   The City denies the allegations in paragraph 10.

2   11.   The City admits the allegations in paragraph 11.

3   12.   The City admits the allegations in paragraph 12.

4   13.   The City admits the allegations in paragraph 13.

5   14.   The City admits the allegations in paragraph 14.

6   15.   The City admits the allegations in paragraph 15.

7   16.   The City admits the allegations in paragraph 16.

8   17.   The City denies the allegations in paragraph 17.

9   18.   The City denies the allegations in paragraph 18 as they are not accurate for all warming centers at all times.

11   19.   The City admits the allegations in paragraph 19.

12   20.   The City admits that homeless shelters provide temporary shelter to unhoused individuals, and otherwise denies the allegations in paragraph 20 as Plaintiffs' self-serving characterization of homeless shelters is both overbroad and incomplete.

16   21.   The City admits that House of Charity has operated a homeless shelter and otherwise denies the allegations in paragraph 21.

18   22.   The City admits that warming centers offer temporary shelter during cold weather months and otherwise denies the allegations in paragraph 22.

AMENDED ANSWER - 4
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1   23.    The City admits the first sentence of paragraph 23.  The second

2   sentence of paragraph 23 represents legal argument to which no response is

3   required.  To the extent a response is required, the City denies the same.

4   24.    The City admits that warming centers were not open during the

5   morning of December 9, 2018.  The City denies the remaining allegations in

6   paragraph 24.

7   25.    The City denies the allegations in paragraph 25.

8   26.    Paragraph 26 does not contain any specific allegations as to the

9   City and the City does not have sufficient knowledge to respond as to every

10  unhoused person in every circumstance and at all times, therefore the City

11  denies Plaintiffs' overly broad and general allegations in paragraph 26.

12  27.    The City admits that extreme weather can, in a general sense, create

13  difficulty of movement.  The City denies that in late 2018 and early 2019, the

14  opening of warming centers was triggered based on particular day-to-day

15  weather.  The City otherwise denies the allegations in paragraph 27 as overly

16  generalized and vague.

17  28.    The allegations in paragraph 28 contain a legal conclusion to which

18  no response is required and quote a section of the Spokane Municipal Code,

19  which speaks for itself.

20

AMENDED ANSWER - 5
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1    29.    The allegations in paragraph 29 quote a section of the Spokane
2    Municipal Code, which speaks for itself.

3    30.    The City denies the allegations in paragraph 30.

4    31.    The allegations in paragraph 31 quote a section of the Spokane
5    Municipal Code, which speaks for itself.

6    32.    The allegations in paragraph 32 contains legal conclusions and
7    argument to which no response is required.  To the extent a response is required,
8    the City denies the allegations in paragraph 32.

9    33.    The City lacks knowledge or information sufficient to form a belief
10   about the truth of the allegations in paragraph 33 and therefore denies the same.

11   34.    The City admits that Spokane City Hall is located at 808 W.
12   Spokane Falls Blvd, Spokane, WA, and that an encampment materialized at that
13   location in November and December of 2018.  The City otherwise lacks
14   knowledge or information sufficient to form a belief about the truth of the
15   allegations in paragraph 34 and therefore denies the same.

16   35.    The City admits that an encampment that some referred to as
17   "Camp Hope" was located in front of Spokane City Hall in 2018 and that at least
18   some members of the encampment expressed disagreement with the City's laws
19   and policies.  The City denies the remaining allegations in paragraph 35.

20

AMENDED ANSWER - 6
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

36. The City lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36 and therefore denies the same.

37. The City lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37 and therefore denies the same.

38. The City lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38 and therefore denies the same.

39. The City admits that the Spokane Police Department posted Notices to Remove Property on or near the tents at the encampment outside City Hall on November 24, 2018. The City lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 39 and therefore denies the same.

40. The allegations in paragraph 40 relate to a notice the City posted. The City responds that the notice speaks for itself.

41. The City admits that the Spokane Police Department posted Notices to Remove Property on or near the tents at the encampment outside City Hall on December 6, 2018. The City further responds that the notice speaks for itself.

42. The allegations in paragraph 42 relate to a notice the City posted. The City responds that the notice speaks for itself.

43. The City lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 43 and therefore denies the same.

AMENDED ANSWER - 7
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1    44.    The allegations in paragraph 44 constitute legal argument and conclusions to which no response is required. To the extent a response is required, the City denies the same.

45.    The City lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 45 and therefore denies the same.

46.    The City lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 46 and therefore denies the same.

47.    The City admits that on December 7, 2018 it gave any unhoused individual that requested a hearing the opportunity to request assistance or additional time to move any personal possessions located at the encampment outside City Hall.

48.    The City admits that Captain David Singley was one of the City's representatives in each of the hearings that took place, and that Captain Singley oversaw the Police Department's involvement in the subsequent encampment clean-up, and otherwise denies the allegations in paragraph 48.

49.    The City admits that Captain Singley confirmed the City's order of removal at the end of each hearing that was conducted.

50.    The City admits that a City Council member and some other members of the community gathered outside of Spokane City Hall on December 8, 2018. The City lacks sufficient knowledge or information to form a belief as

AMENDED ANSWER - 8
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1  to each individual participant's motivation for doing so, and therefore denies the
2  remaining allegations of paragraph 50.

3      51.    The City admits the allegations in paragraph 51.

4      52.    The City lacks sufficient knowledge or information to form a belief
5  about the truth of the allegations in paragraph 52 and therefore denies the same.

6      53.    The City lacks sufficient knowledge or information to form a belief
7  about the truth of the allegations in paragraph 53 and therefore denies the same.

8      54.    The City lacks sufficient knowledge or information to form a belief
9  about the truth of the allegations in paragraph 54 and therefore denies the same.

10     55.    The City admits that a community-based work crew participated in
11 the clean-up of the site outside City Hall on December 9, 2018.  The City denies
12 the remaining allegations of paragraph 55.

13     56.    The allegations in paragraph 56 contain legal conclusions and legal
14 argument to which no response is required.  To the extent a response is required,
15 the City denies those allegations.

16     57.    The allegations in paragraph 57 relate to the City's Notice to
17 Remove Property, which speaks for itself.

18     58.    The allegations in paragraph 58 contain legal conclusions and legal
19 argument to which no response is required.  To the extent a response is required,
20 the City denies those allegations.

AMENDED ANSWER - 9
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1    59.    The City denies the allegations in paragraph 59.

2    60.    The allegations in paragraph 60 attempt to characterize a section of the Spokane Municipal Code, which speaks for itself.  Paragraph 60 also contains legal argument and conclusions to which no response is required.

5    61.    The allegations in paragraph 61 relate to a section of the Spokane Municipal Code.  The City responds that the code speaks for itself.

7    62.    Paragraph 62 does not contain any specific allegations as to the City and the City does not have sufficient knowledge to respond as to every unhoused person in every circumstance and at all times, therefore the City denies Plaintiffs' overly broad and general allegations in paragraph 62.

11   63.    Paragraph 63 does not contain any specific allegations as to the City and the City does not have sufficient knowledge to respond as to every unhoused person in every circumstance and at all times, therefore the City denies Plaintiffs' overly broad and general allegations in paragraph 63.

15   64.    Paragraph 64 does not contain any specific allegations as to the City and is overly generalized and vague.

17   65.    Paragraph 65 does not contain any specific allegations as to the City and is overly generalized and vague.

19   66.    Paragraph 66 does not contain any specific allegations as to the City and the City does not have sufficient knowledge to respond as to every

AMENDED ANSWER - 10
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1  unhoused person in every circumstance and at all times, therefore the City

2  denies Plaintiffs' overly broad and general allegations in paragraph 66.

3   67.    Paragraph 67 does not contain any specific allegations as to the

4  City and the City does not have sufficient knowledge to respond as to every

5  unhoused person in every circumstance and at all times, therefore the City

6  denies Plaintiffs' overly broad and general allegations in paragraph 67.

7   68.    Paragraph 68 does not contain any specific allegations as to the

8  City and the City does not have sufficient knowledge to respond as to every

9  unhoused person in every circumstance and at all times, therefore the City

10  denies Plaintiffs' overly broad and general allegations in paragraph 68.

11   69.    Paragraph 69 does not contain any specific allegations as to the

12  City and the City does not have sufficient knowledge to respond as to every

13  unhoused person in every circumstance and at all times, therefore the City

14  denies Plaintiffs' overly broad and general allegations in paragraph 69.

15   70.    Paragraph 70 does not contain any specific allegations as to the

16  City and the City does not have sufficient knowledge to respond as to every

17  unhoused person in every circumstance and at all times, therefore the City

18  denies Plaintiffs' overly broad and general allegations in paragraph 70.

19   71.    The allegations in paragraph 71 relate to a section of the Spokane

20  Municipal Code, which speaks for itself.

AMENDED ANSWER - 11
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1    72.    The City denies the allegations in paragraph 72.

2    73.    The City denies the allegations in paragraph 73.

3    74.    Paragraph 74 does not contain any specific allegations as to the City and is overly generalized and vague.

5    75.    Paragraph 75 does not contain any specific allegations as to the City and the City does not have sufficient knowledge to respond as to every unhoused person in every circumstance and at all times, therefore the City denies Plaintiffs' overly broad and general allegations in paragraph 75.

9    76.    The City admits that criminal convictions generally are matters of public record.

11    77.    Paragraph 77 does not contain any specific allegations as to the City and the City does not have sufficient knowledge to respond as to every unhoused person in every circumstance and at all times, therefore the City denies Plaintiffs' overly broad and general allegations in paragraph 77.

15    78.    Paragraph 78 does not contain any specific allegations as to the City and the City does not have sufficient knowledge to respond as to every unhoused person in every circumstance and at all times, therefore the City denies Plaintiffs' overly broad and general allegations in paragraph 78.

19    79.    Paragraph 79 does not contain any specific allegations as to the City and the City does not have sufficient knowledge to respond as to every

AMENDED ANSWER - 12
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1   unhoused person in every circumstance and at all times, therefore the City

2   denies Plaintiffs' overly broad and general allegations in paragraph 79.

3       80.    Paragraph 80 does not contain any specific allegations as to the

4   City and the City does not have sufficient knowledge to respond as to every

5   unhoused person in every circumstance and at all times, therefore the City

6   denies Plaintiffs' overly broad and general allegations in paragraph 80.

7       81.    Paragraph 81 does not contain any specific allegations as to the

8   City and the City does not have sufficient knowledge to respond as to every

9   unhoused person in every circumstance and at all times, therefore the City

10  denies Plaintiffs' overly broad and general allegations in paragraph 81.

11      82.    Paragraph 82 does not contain any specific allegations as to the

12  City and the City does not have sufficient knowledge to respond as to every

13  unhoused person in every circumstance and at all times, therefore the City

14  denies Plaintiffs' overly broad and general allegations in paragraph 82.

15      83.    The City denies the allegations in paragraph 83.

16      84.    The City denies the allegations in paragraph 84.

17      85.    Paragraph 85 consists of legal conclusions and legal argument to

18  which no response is required.  To the extent a response is required, the City

19  denies the same.

20      86.    The City denies the allegations in paragraph 86.

AMENDED ANSWER - 13
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

87. The City admits the allegations in paragraph 87.

88. The allegations in paragraph 88 relate to a section of the United States Code, which speaks for itself.

89. The City responds that storage policies vary by shelter and therefore denies the allegations in paragraph 89.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION—VIOLATION OF 42 U.S.C. 1983 (FOURTH AND FOURTEENTH AMENDMENTS)

90. The City reincorporates its responses as set forth above.

91. Regarding the Plaintiffs, the City lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 91 and therefore denies the same. To the extent the allegations in paragraph 91 are directed to the City, it denies the same.

92. The allegations in paragraph 92 constitute legal conclusions and legal argument to which no response is required.

93. The allegations in paragraph 93 constitute legal conclusions and legal argument to which no response is required. To the extent a response is required, the City denies the same.

94. The allegations in paragraph 94 constitute legal conclusions and legal argument to which no response is required. To the extent a response is required, the City denies the same.

AMENDED ANSWER - 14
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

95. The allegations in paragraph 95 constitute legal conclusions and legal argument to which no response is required. To the extent a response is required, the City denies the same.

96. The allegations in paragraph 96 constitute legal conclusions and legal argument to which no response is required. To the extent a response is required, the City denies the same.

**SECOND CAUSE OF ACTION—VIOLATION OF 42 U.S.C. 1983 (EIGHTH AND FOURTEENTH AMENDMENTS)**

97. The City reincorporates its responses as set forth above.

98. Regarding the Plaintiffs, the City lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 98 and therefore denies the same. To the extent the allegations in paragraph 98 are directed to the City, it denies the same.

99. The allegations in paragraph 99 relate to a section of the Spokane Municipal Code, which speaks for itself.

100. The City denies the allegations in paragraph 100.

101. The City lacks sufficient knowledge or information to form a belief about the truth of the allegations in paragraph 101 and therefore denies the same.

102. The City denies the allegations in paragraph 102.

AMENDED ANSWER - 15
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

103. The allegations in paragraph 103 constitute legal conclusions and legal argument to which no response is required. To the extent a response is required, the City denies the same.

### THIRD CAUSE OF ACTION—CONVERSION

104. The City reincorporates its responses as set forth above.

105. The allegations in paragraph 105 constitute legal conclusions and legal argument to which no response is required. To the extent a response is required, the City denies the same.

106. The allegations in paragraph 106 constitute legal conclusions and legal argument to which no response is required. To the extent a response is required, the City denies the same.

107. The allegations in paragraph 107 constitute legal conclusions and legal argument to which no response is required. To the extent a response is required, the City denies the same.

108. The City admits the allegations in paragraph 108.

### VI.    RESPONSE TO RELIEF REQUESTED

The remaining allegations in Plaintiffs' Complaint constitute a request for relief to which no response is required. To the extent a response is required, the City denies that the Plaintiffs are entitled to any relief.

AMENDED ANSWER - 16
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

Unless specifically admitted above, the City denies each and every remaining allegation in Plaintiffs' Complaint. The City specifically reserves the right to amend its answer by adding defenses, affirmative defenses, counterclaims, cross claims, or by instituting third party actions, as additional facts are obtained through discovery.

## VII.  AFFIRMATIVE DEFENSES OF THE CITY

The City incorporates its admissions, denials, and allegations above as though fully set forth herein. Without conceding which party bears the burden of proof and without admitting allegations previously denied, the City asserts the following affirmative defenses:

1. Plaintiffs' claims are barred by sovereign immunity. The City is a municipal corporation organized under the laws of the State of Washington.

2. Plaintiffs' claims are barred by assumption of risk, waiver, estoppel, and contributory negligence. The City provided Plaintiffs written notice, an opportunity to request assistance or additional time to move, information regarding warming shelters and other services, and an opportunity to move any possessions including on the day of the clean-up. Plaintiffs failed to comply with the notices, request assistance, or take other action to avoid their alleged damages.

AMENDED ANSWER - 17
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

3. Plaintiffs' claims are barred by a failure to mitigate. The City provided Plaintiffs written notice, an opportunity to request assistance or additional time to move, information regarding warming shelters and other services, and an opportunity to move any possessions including on the day of the clean-up. Plaintiffs failed to comply with the notices, request assistance, or take other action to avoid their alleged damages.

4. Plaintiffs' claims are barred by the equitable doctrine of unclean hands. The City provided Plaintiffs written notice, an opportunity to request assistance or additional time to move, information regarding warming shelters and other services, and an opportunity to move any possessions including on the day of the clean-up. Plaintiffs failed to comply with the notices, request assistance, or take other action to avoid their alleged damages.

## VIII. THE CITY'S PRAYER FOR RELIEF

Wherefore, having fully answered the Complaint and having asserted defenses and affirmative defenses, the City respectfully requests the following relief:

1. That Plaintiffs' claims against the City be dismissed with prejudice and with no recovery or relief to Plaintiffs;

2. That the Court award the City its reasonable fees, costs, and expenses incurred relative to this lawsuit; and

AMENDED ANSWER - 18
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1   3. That the City be granted any such other relief as the Court deems

2   just and equitable.

3   DATED this 23rd day of August, 2019.

4   PACIFICA LAW GROUP LLP

5   By *s/   Shae Blood*
    Gregory J. Wong, WSBA # 39329 *
6   Taki V. Flevaris, WSBA #42555
    Shae Blood, WSBA # 51889
7   Matthew J. Segal, WSBA # 29797
    * *WAED admission pending*
8   1191 2nd Ave Suite 2000
    Seattle, WA 98101
9   greg.wong@pacificalawgroup.com
    taki.flevaris@pacificalawgroup.com
10  shae.blood@pacificalawgroup.com
    matthew.segal@pacificalawgroup.com

11  OFFICE OF THE CITY ATTORNEY

12
    Salvatore J. Faggiano, WSBA #15696
13  Assistant City Attorney
    808 W. Spokane Falls Blvd.
14  Spokane, WA  99201-3326
    Telephone:  (509) 625-6818
15  Fax:  (509) 625-6277
    sfaggiano@spokanecity.org
16
    Attorneys for City of Spokane
17

18

19

20

AMENDED ANSWER - 19
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/ Sydney Henderson*
Sydney Henderson, Legal Assistant

AMENDED ANSWER - 20
Cause No. 2:19-cv-00236-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500