# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID HAM, CYNTHIA HAM-SANCHEZ and their marital community, and MICHAEL HAM,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF SPOKANE,<br><br>        Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - -<br>RICHARD DAHL,<br><br>        Plaintiff,<br>v.<br><br>CITY OF SPOKANE,<br><br>        Defendant. | **Case No.** 2:19-CV-0236-TOR<br>      2:19-CV-0246-TOR<br><br>**CIVIL MINUTES**<br><br>**DATE:** **10/9/2019**<br><br>**LOCATION:** **Telephonic**<br><br>**SCHEDULING CONFERENCE** |

### CHIEF JUDGE THOMAS O. RICE

| Linda Hansen | | Allison Anderson |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk**  **Interpreter** | **Court Reporter** |
| Scott Crian & Eugenio Jose Trejo *for Ham Plaintiffs*<br>Denisa Buljubasic *for Dahl Plaintiff*<br><br>**Plaintiff's Counsel** | Taki Flevaris, Salvatore J Faggiano, Gregory J Wong and Shea Blood<br><br>**Defendant's Counsel** | |

[ ] **Open Court**    [ ] **Chambers**    [ X ] **Telephonic**

All parties present by telephone. The Court has reviewed the files and the submissions of the parties.

Based the parties' stipulation, the two cases will be consolidated into 2:19-cv-0236-TOR. All future filings will be made in that case.

Court advised counsel that he is available for informal discovery conferences, if needed, and that the Judges in this district are available to assist with mediation.

The Court set the following deadlines:

    Add Parties/Amend Pleadings:    1/31/2020
    Jury Trial:    10/13/2020 in Spokane

The Court will enter a detailed written order containing other dates and deadlines.

| CONVENED:  9:15 AM | ADJOURNED:  9:23 AM | TIME: 8 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|